*F. Belser,* Assistant Attorney General, and *R. McC. Figg, Jr.* for respondents. *Edward M. Reidy* filed a brief for the Interstate Commerce Commission, as *amicus curiae.*

No. 544. PARK & TILFORD DISTILLERS CORP. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Roswell Magill* for petitioner. *Solicitor General Cummings, Assistant Attorney General Holland* and *Ellis N. Slack* for the United States.

No. 551. UNITED STATES *v.* MARTELL. C. A. 3d Cir. Certiorari denied. *Solicitor General Cummings* for the United States.

No. 565. TURINI *v.* ALLENS MANUFACTURING CO., INC. C. A. 1st Cir. Certiorari denied. *Floyd H. Crews* for petitioner.

No. 572. PADUA ALARM SYSTEMS, INC. *v.* GENERAL TIME CORP. ET AL. C. A. 2d Cir. Certiorari denied. *Herbert W. Kenway* for petitioner. *Charles P. Bauer* for respondents.

No. 582. NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO. *v.* ZERMANI, ADMINISTRATRIX. C. A. 1st Cir. Certiorari denied. *Paul F. Perkins* for petitioner. *Thomas J. O'Neill* and *John V. Higgins* for respondent.

No. 585. J. I. CASE CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 8th Cir. Certiorari denied. *Clark M. Robertson* for petitioner. *Solicitor General Cummings, George J. Bott, David P. Findling* and *Dominick L. Manoli* for respondent.